# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANGIE J. WHITING, | Case No.: 3:15-CV-00347-RCJ-VPC |
| Plaintiff. | **ORDER** |
| v. | |
| NORTHWEST TERRITORIAL MINT, LLC, *et al.*, | |
| Defendants. | |

On April 20, 2016 a Notice of Bankruptcy (ECF No. 21) was filed with the Court. On August 31, 2016 the case was stayed (ECF No. 22). Accordingly,

IT IS HEREBY ORDERED that the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, December 29, 2017.

IT IS SO ORDERED this 7th day of December, 2017.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 1