# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANGIE J. WHITING,                          Case No.: 3:15-CV-00347-RCJ-VPC

         Plaintiff.                            **ORDER**

v.

NORTHWEST TERRITORIAL MINT, LLC,

         Defendant.

---

IT IS HEREBY ORDERED that a Status Conference is set for 10:00 A.M., Monday, June 18, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones.

IT IS SO ORDERED this 11th day of May, 2018.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE

ORDER - 1