Brian R. Morris, Esq.
Nevada Bar No. 5431
5455 S. Fort Apache Rd. #108-151
Las Vegas, Nevada 89148
(702) 389-3974
brmorris@lawforthepeople.com
Attorney for Plaintiff Angie Whiting

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANGIE J. WHITING, | ) | Case No. 3:15-CV-00347-RCJ-VPC |
| Plaintiff, | ) | STIPULATION FOR DISMISSAL |
| vs. | ) | |
| NORTHWEST TERRITORIAL MINT, LLC, | ) | |
| Defendant. | ) | |

Plaintiff ANGIE J. WHITING and Defendant NORTHWEST TERRITORIAL MINT, LLC, by and through their respective undersigned counsel, hereby stipulate to dismiss this action with each party to bear their own costs and attorneys' fees.

By: : _____/s/_____           By: _____
S. Brett Sutton, Esq.              Brian Morris, Esq.
Sutton Hague                       Attorney for Plaintiff
Attorney for Defendant

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: ___ June 18, 2018 ___